**Allan HOCHMAN; Judith Hochman, Plaintiffs,**

**The Secret L.P., a California limited partnership; the Secret, Inc.; Sandy Lang; Peter Albertsson, Creditors,**

**and**

**Shaub Williams & Nunziato, Appellant,**

**v.**

**PRUDENTIAL PROPERTY & CASUALTY INSURANCE COMPANY, Defendant,**

**and**

**Alan M. Kindred, Appellee.**

**Allan Hochman; Judith Hochman, Plaintiffs,**

courts of this circuit except as provided by 9th Cir. R. 36–3.

The Secret L.P., a California limited partnership; the Secret, Inc.; Sandy Lang; Peter Albertsson, Creditors,

and

Alan M. Kindred, Appellant,

v.

Prudential Property & Casualty Insurance Company,
Defendant,

and

Shaub Williams & Nunziato, Appellee.

No. 04–55149, 04–56177.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 12, 2005.*

Decided Sept. 14, 2005.

David R. Shaub, Esq., Shaub & Williams, Los Angeles, CA, for Plaintiffs.

David B. Casselman, Esq., Wasserman, Comden & Casselman, Tarzana, CA, for Creditors.

Alan M. Kindred, Buchalter Neimer Fields & Younger, Los Angeles, CA, for Appellee.

Before: GRABER and W. FLETCHER, Circuit Judges, and FOGEL,** District Judge.

MEMORANDUM ***

For the reasons given by the district court in its orders of November 20, 2001,

and December 19, 2004, the decision of the district court is AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** The Honorable Jeremy D. Fogel, United States District Judge for the Northern District of California, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

